# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135004

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                    SC: 135004
                                                     COA: 277969
                                                     Macomb CC:2001-002583-FC
DAVONNE ANDRE LUDY,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. For purposes of MCR 6.502(G)(1), the Court notes that contrary to the Court of Appeals characterization of the defendant's application as a motion for relief from judgment, the defendant filed an application for leave to appeal that should have been denied for lack of merit in the grounds presented.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

_____
Clerk

d1217